Decided Oct 28, 1935

## PENNSYLVANIA RD CO v MILLESON

Ohio Appeals, 6th Dist, Erie Co

Decided June 10, 1935

William E. Hoffer, and Arthur Bryant, Franklin, for plaintiffs in error.

Scharrer, Scharrer, McCarthy & Hanaghan, Dayton, for defendants in error.

King, Flynn & Frohman, Sandusky, for plaintiff in error.

John F. McCrystal, Sandusky, for defendant in error.

· For full opinion see 5 OO 481; 51 Oh Ap 528.